IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CESAR VALLE,

        Petitioner,

v.                                               4:13cv423-WS

STATE OF FLORIDA,

        Respondent.

_____

ORDER DIRECTING TRANSFER OF CASE

        Before the court is the magistrate judge's report and recommendation docketed September 13, 2013.  See Doc. 4.  The magistrate judge recommends that this action be transferred to the Middle District of Florida.  The plaintiff has filed no objections to the report and recommendation.

        The court having reviewed the matter, it is ORDERED:

        1.  The magistrate judge's report and recommendation (doc. 4) is adopted and incorporated by reference in this order of the court.

        2.  The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

        DONE AND ORDERED this ___21st___ day of ____October____, 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE